UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHELLE MAINA,

                              Plaintiff,

                -against-

SOMERSET COUNTY JAIL, ET AL.,

                              Defendants.

23cv10783 (LTS)

CIVIL JUDGMENT

For the reasons stated in the April 23, 2024, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's

judgment would not be taken in good faith.

SO ORDERED.

Dated:   April 23, 2024
            New York, New York

                                        /s/ Laura Taylor Swain
                                        LAURA TAYLOR SWAIN
                                        Chief United States District Judge