UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHELLE MAINA,<br><br>                    Plaintiff,<br><br>         -against-<br><br>SOMERSET COUNTY JAIL, ET AL.,<br><br>                    Defendants. | 23-CV-10783 (LTS)<br><br>ORDER |

LAURA TAYLOR SWAIN, Chief United States District Judge:

Plaintiff brings this action *pro se*. By order dated February 5, 2024, the Court severed Plaintiff's claims arising in New Jersey against defendants located in New Jersey, transferred those severed claims to the United States District Court for the District of New Jersey, and granted Plaintiff 60 days' leave to file an amended complaint with respect to her claims arising in the Southern District of New York. (ECF 6.) Plaintiff did not file an amended complaint, and by order dated April 23, 2024, the Court dismissed the complaint for failure to state a claim on which relief may be granted. (ECF 11.) Judgment was entered on the same day. (ECF 12.)

On May 16, 2024, Plaintiff filed a letter seeking an extension of time to file an amended complaint. (ECF 13.) In the letter, Plaintiff states that she has been suffering from depression and was admitted to hospital for more than two weeks during the months of April and May.

The Court grants Plaintiff an additional 30 days from the date of this order to file an amended complaint. The case remains closed. Should Plaintiff file an amended complaint, the

Court will decide at that stage whether the order of dismissal and civil judgment should be vacated.

SO ORDERED.

Dated: May 20, 2024
        New York, New York

                                            /s/ Laura Taylor Swain
                                          LAURA TAYLOR SWAIN
                                         Chief United States District Judge